

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00434-CR

| | | |
|---|---|---|
| ROBERT F. HALLMAN, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1548964R) |
| | § | June 16, 2022 |
| V. | § | Opinion by Justice Wallach |
| | § | Dissent by Justice Womack |
| | § | Concurrence by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Court of Criminal Appeals. This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach